UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMR (USA HOLDINGS) INC.,<br><br>        Plaintiff,<br><br>v.<br><br>KEN GOLDBERG and<br>NEIL GOLDBERG,<br><br>        Defendants. | CASE NO.: 18-CV-07849<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

    Before the Court is the parties' Stipulation of Dismissal with Prejudice. The parties have advised the Court that they wish to dismiss all claims remaining in this case with prejudice. Accordingly, the Court hereby ORDERS that this action, including all claims and defenses that were or could have been brought in this lawsuit relating to the subject matter of this lawsuit are hereby DISMISSED WITH PREJUDICE.

    Each party shall bear its own taxable costs of Court and its own attorney's fees.

    IT IS SO ORDERED.

_____
Edgardo Ramos, U.S. District Judge

Dated: 10/13/2021
New York, New York

1